UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRES CO. LLC,<br><br>         Plaintiff,<br><br> -against-<br><br>CHEF ROYALE LLC and ANDREW MUCCIO,<br><br>         Defendants. | No. 1:25-cv-01584 (JLR)<br><br>**ORDER OF DISMISSAL** |

JENNIFER L. ROCHON, United States District Judge:

 The Court having been advised at Dkt. 22 that all claims asserted herein have been settled, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within thirty (30) days** of the date of this Order.

 To be clear, any application to reopen **must** be filed **by May 30, 2025**; any application to reopen filed thereafter may be denied solely on that basis.

 Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the case.

Dated: April 30, 2025
   New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge